** Please see cover letter dated July 31, 2008 for comments regarding this log.

## Johnson v. Allstate Insurance Company

LIST OF PRIVILEGED DOCUMENTS
July 16, 2008 (Revised)

| Privileged Document Number | Date | Document | Author(s) | Recipient(s) | CCs | BCCs | Basis for Withholding |
|---|---|---|---|---|---|---|---|
| APRIV 000001 | 5/13/2008 | E-mail to attorneys K. Moskowitz and W. Boodro re: discovery requests in Johnson litigation | D. Lamb (AE) | K. Moskowitz (OC), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000002 | 5/13/2008 | E-mail chain including most recent e-mail to attorneys K. Moskowitz and W. Boodro re: discovery requests in Johnson litigation [last e-mail in chain produced in redacted form at A 034873] | D. Lamb (AE) | K. Moskowitz (OC), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000003 | 5/16/2008 | E-mail to attorneys K. Moskowitz and W. Boodro re: discovery requests in Johnson litigation | D. Lamb (AE) | K. Moskowitz (OC), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000004 | 5/16/2008 | E-mail to attorneys K. Moskowitz and W. Boodro re: discovery requests in Johnson litigation | D. Lamb (AE) | K. Moskowitz (OC), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000005 | 5/16/2008 | E-mail to attorneys K. Moskowitz and W. Boodro re: discovery requests in Johnson litigation | D. Lamb (AE) | K. Moskowitz (OC), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000006 | 6/24/2003 | E-mail chain including most recent e-mail and attached spreadsheet re: data on IFS groups in connection with Collins litigation; 6/24/2003 e-mail from S. Mirmira (AE) to K. Krostal (AE) re: same; 6/24/2003 e-mail from K. Krostal (AE) to S. Mirmira (AE) re: same | K. Krostal (AE) | D. Lamb (AE) | | | Work Product |

HO = Home Office Attorney    AE = Allstate Employee
OC = Outside Counsel

** Please see cover letter dated July 31, 2008 for comments regarding this log.

| Privileged Document Number | Date | Document | Author(s) | Recipient(s) | CCs | BCCs | Basis for Withholding |
|---|---|---|---|---|---|---|---|
| APRIV 000007 | 6/23/2006 | E-mail and attached spreadsheet of algorithm analysis prepared at the request of attorneys A. Shimkus and W. Boodro for purposes of obtaining/providing legal advice in pending litigation | D. Lamb (AE) | A. Shimkus (HO), W. Boodro (HO) | K. Moskowitz (OC) | | Attorney-Client Privilege, Work Product |
| APRIV 000008 | 5/13/2008 | E-mail to attorneys K. Moskowitz and W. Boodro re: discovery requests in Johnson litigation | D. Lamb (AE) | K. Moskowitz (OC), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000009 | 3/27/2002 | E-mail chain including most recent e-mail re: legal approval of IFS/Use of Credit Information-related communications; 3/27/2002 e-mail from S. Sheffey (HO) to R. Wilhoit (AE) cc: D. Lamb (AE), D. Limperes (AE), W. Vainisi (HO), W. Boodro (HO), M. Ewing (HO), S. Falknor (HO), P. Martinovich (AE), and T. Barrett (OC) re: same; 3/26/2002 e-mail from R. Wilhoit (AE) to S. Sheffey (HO) re: same; 3/26/2002 e-mail from S. Sheffey (HO) to D. Lamb (AE) cc: D. Limperes (AE), R. Wilhoit (AE), W. Vainisi (HO), W. Boodro (HO), M. Ewing (HO), S. Falknor (HO), P. Martinovich (AE), and T. Barrett (OC) re: same; 3/26/2002 e-mail from D. Lamb (AE) to S. Sheffey (HO) re: same | R. Wilhoit (AE) | S. Sheffey (HO) | M. Trevino (AE), P. Debreceny (AE), M. LaMonica (AE), D. Lamb (AE) | | Attorney-Client Privilege |

HO = Home Office Attorney    AE = Allstate Employee
OC = Outside Counsel

** Please see cover letter dated July 31, 2008 for comments regarding this log.

| Privileged Document Number | Date | Document | Author(s) | Recipient(s) | CCs | BCCs | Basis for Withholding |
|---|---|---|---|---|---|---|---|
| APRIV 000010 | 9/12/2003 | E-mail chain including most recent e-mail re: legal advice on credit re-orders in states following laws promulgated by the National Conference of Insurance Legislators; 9/12/2003 e-mail from M. LaMonica (AE) to D. Lamb (AE), M. Busch (AE), T. Tuzzolino (AE), K. Sullivan (AE), P. Debreceny (AE) and D. Fletcher (AE) cc: R. Hair (AE) re: same; 9/12/2003 e-mail from S. Sheffey (HO) to W. Vainisi (HO), F. Mantilla (HO) cc: M. LaMonica (AE), S. Sheffey (HO), D. Limperes (AE), S. Ihm (HO), W. Boodro (HO), E. Collins (HO), S. Falknor (HO) and T. Barrett (OC) re: same | D. Fletcher (AE) | M. LaMonica (AE), D. Lamb (AE), M. Busch (AE), T. Tuzzolino (AE), K. Sullivan (AE), P. Debreceny (AE) | R. Hair (AE), F. Cripe (AE) | | Attorney-Client Privilege |
| APRIV 000011 | 5/22/2008 | E-mail to attorneys K. Moskowitz and W. Boodro re: discovery requests in Johnson litigation | D. Lamb (AE) | K. Moskowitz (OC), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000012 | 5/22/2008 | E-mail to attorneys K. Moskowitz and W. Boodro re: discovery requests in Johnson litigation | D. Lamb (AE) | K. Moskowitz (OC), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000013 | 5/22/2008 | E-mail chain including most recent e-mail to attorneys K. Moskowitz and W. Boodro re: discovery requests in Johnson litigation; 4/21/2008 e-mail from E. English (AE) to D. Lamb (AE) re: algorithm specifications. | D. Lamb (AE) | K. Moskowitz (OC), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |

HO = Home Office Attorney    AE = Allstate Employee
OC = Outside Counsel

** Please see cover letter dated July 31, 2008 for comments regarding this log.

| Privileged Document Number | Date | Document | Author(s) | Recipient(s) | CCs | BCCs | Basis for Withholding |
|---|---|---|---|---|---|---|---|
| APRIV 000014 | 5/22/2008 | E-mail to attorneys K. Moskowitz and W. Boodro re: discovery requests in Johnson litigation | D. Lamb (AE) | K. Moskowitz (OC), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000015 | 3/26/2004 | Spreadsheet of IFS analysis prepared at the request of attorney W. Boodro for purposes of analyzing and defending pending FCRA litigation | X. Ji (AE) | D. Lamb (AE), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000016 | 3/18/2005 | Draft outline for rebuttal to plaintiff's expert's model prepared for use in pending litigation | D. Lamb (AE) | | | | Work Product |
| APRIV 000017 | 2/27/2003 | Memo to attorney S. Sheffey re: analysis of Alaska insurance credit scoring legislation for purposes of obtaining/providing legal advice | D. Lamb (AE) | S. Sheffey (HO) | | | Attorney-Client Privilege |
| APRIV 000018 | 5/14/2007 | Spreadsheet of algorithm analysis prepared at the request of attorneys A. Shimkus and W. Boodro for purposes of obtaining/providing legal advice in pending litigation | D. Lamb (AE) | A. Shimkus (HO), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000019 | 5/14/2007 | Spreadsheet of algorithm analysis prepared at the request of attorneys A. Shimkus and W. Boodro for purposes of obtaining/providing legal advice in pending litigation | D. Lamb (AE) | A. Shimkus (HO), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |

HO = Home Office Attorney    AE = Allstate Employee
OC = Outside Counsel

** Please see cover letter dated July 31, 2008 for comments regarding this log.

| Privileged Document Number | Date | Document | Author(s) | Recipient(s) | CCs | BCCs | Basis for Withholding |
|---|---|---|---|---|---|---|---|
| APRIV 000020 | 5/29/2008 | Spreadsheet of IFS analysis prepared at the request of attorney W. Boodro for purposes of analyzing and defending pending FCRA litigation | D. Lamb (AE) | W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000021 | 10/12/2006 | Memo to attorney K. Moskowitz re: documentation of calculations for DeHoyes proxy process prepared at the request of attorney A. Shimkus for purposes of analyzing and defending pending litigation | D. Lamb (AE) | K. Moskowitz (OC) | | | Attorney-Client Privilege; Work Product |
| APRIV 000022 | 8/5/2005 | Memo to attorney A. Shimkus re: documentation of calculations for DeHoyes proxy process prepared for purposes of analyzing and defending pending litigation | D. Lamb (AE) | A. Shimkus (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000023 | 8/4/2005 | Memo to attorney A. Shimkus re: documentation of calculations for DeHoyes proxy process prepared for purposes of analyzing and defending pending litigation | D. Lamb (AE) | A. Shimkus (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000024 | 12/7/2004 | Spreadsheet of IFS analysis prepared at the request of attorneys W. Boodro and A. Shimkus for purposes of analyzing and defending pending FCRA litigation | D. Lamb (AE) | W. Boodro (HOC), A. Shimkus (HO) | | | Attorney-Client Privilege, Work Product |

HO = Home Office Attorney    AE = Allstate Employee
OC = Outside Counsel

\*\* Please see cover letter dated July 31, 2008 for comments regarding this log.

| Privileged Document Number | Date | Document | Author(s) | Recipient(s) | CCs | BCCs | Basis for Withholding |
|---|---|---|---|---|---|---|---|
| APRIV 000025 | 11/23/2004 | Spreadsheet of IFS analysis prepared at the request of attorneys W. Boodro and A. Shimkus for purposes of analyzing and defending pending FCRA litigation | D. Lamb (AE) | W. Boodro (HO), A. Shimkus (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000026 | 11/23/2004 | Spreadsheet of IFS analysis prepared at the request of attorney W. Boodro for purposes of analyzing and defending pending FCRA litigation | D. Lamb (AE) | W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000027 | 12/20/2004 | Spreadsheet of IFS analysis prepared at the request of attorneys W. Boodro and A. Shimkus for purposes of analyzing and defending pending FCRA litigation | D. Lamb (AE) | W. Boodro (HO), A. Shimkus (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000028 | 9/6/2005 | Memo analyzing ISM7 prepared at the request of attorney A. Shimkus for purposes of analyzing and defending pending litigation | D. Lamb (AE) | A. Shimkus (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000029 | 9/20/2006 | Spreadsheet of IFS analysis prepared at the request of attorneys W. Boodro and A. Shimkus for purposes of analyzing and defending pending litigation | D. Lamb (AE) | W. Boodro (HO), A. Shimkus (HO) | | | Attorney-Client Privilege, Work Product |

HO = Home Office Attorney    AE = Allstate Employee
OC = Outside Counsel

\*\* Please see cover letter dated July 31, 2008 for comments regarding this log.

| Privileged Document Number | Date | Document | Author(s) | Recipient(s) | CCs | BCCs | Basis for Withholding |
|---|---|---|---|---|---|---|---|
| APRIV 000030 | 10/5/2006 | Spreadsheet of IFS analysis prepared at the request of attorneys W. Boodro and A. Shimkus for purposes of analyzing and defending pending litigation | D. Lamb (AE) | W. Boodro (HO), A. Shimkus (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000031 | 6/27/2007 | Spreadsheet of IFS analysis prepared at the request of attorneys W. Boodro and A. Shimkus for purposes of analyzing and defending pending litigation | D. Lamb (AE) | W. Boodro (HO), A. Shimkus (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000032 | 6/26/2007 | Spreadsheet of IFS analysis prepared at the request of attorneys W. Boodro and A. Shimkus for purposes of analyzing and defending pending litigation | D. Lamb (AE) | W. Boodro (HO), A. Shimkus (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000033 | 6/10/2003 | Spreadsheet of IFS analysis prepared at the request of attorney S. Falknor for purposes of analyzing and defending pending FCRA litigation | D. Lamb (AE) | S. Falknor (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000034 | 1/10/2008 | Memo re: use of multiple algorithms prepared at the request of attorneys A. Shimkus and W. Boodro for purposes of analyzing and defending pending litigation | D. Lamb (AE) | A. Shimkus (HO), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |

HO = Home Office Attorney    AE = Allstate Employee
OC = Outside Counsel

** Please see cover letter dated July 31, 2008 for comments regarding this log.

| Privileged Document Number | Date | Document | Author(s) | Recipient(s) | CCs | BCCs | Basis for Withholding |
|---|---|---|---|---|---|---|---|
| APRIV 000035 | 12/6/2007 | Memo re: use of multiple algorithms prepared at the request of attorneys A. Shimkus and W. Boodro for purposes of analyzing and defending pending litigation | D. Lamb (AE) | A. Shimkus (HO), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000036 | 11/28/2007 | Memo re: use of multiple algorithms prepared at the request of attorneys A. Shimkus and W. Boodro for purposes of analyzing and defending pending litigation | D. Lamb (AE) | A. Shimkus (HO), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000037 | 4/17/2008 | Memo re: use of multiple algorithms prepared at the request of attorneys A. Shimkus and W. Boodro for purposes of analyzing and defending pending litigation | D. Lamb (AE) | A. Shimkus (HO), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000038 | 12/6/2007 | Memo re: use of multiple algorithms prepared at the request of attorneys A. Shimkus and W. Boodro for purposes of analyzing and defending pending litigation | D. Lamb (AE) | A. Shimkus (HO), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000039 | 1/30/2004 | Memo to attorneys W. Boodro, E. Collins, and S. Sheffey re: analysis of Missouri insurance credit scoring study for purposes of obtaining/providing legal advice | D. Lamb (AE) | W. Boodro (HO), E. Collins (HO), and S. Sheffey (HO) | | | Attorney-Client Privilege |

HO = Home Office Attorney     AE = Allstate Employee
OC = Outside Counsel

** Please see cover letter dated July 31, 2008 for comments regarding this log.

| Privileged Document Number | Date | Document | Author(s) | Recipient(s) | CCs | BCCs | Basis for Withholding |
|---|---|---|---|---|---|---|---|
| APRIV 000040 | 4/26/2005 | Memo analyzing plaintiffs' settlement proposal prepared at the request of attorneys W. Boodro and A. Shimkus for purposes of analyzing and defending DeHoyes Class Action litigation | D. Lamb (AE) | W. Boodro (HO), A. Shimkus (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000041 | 3/22/2004 | Spreadsheet of IFS analysis prepared at the request of attorney W. Boodro for purposes of analyzing and defending pending FCRA litigation | D. Lamb (AE) | W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000042 | 5/5/2003 | Memo to attorney S. Falknor re: analysis of credit scoring changes for purposes of analyzing and defending pending FCRA litigation | D. Lamb (AE) | S. Falknor (HO), F. Cripe (AE) | S. Fiete (AE), R. Ishikawa (AE), C. King (AE), K. Krostal (AE), M. LaMonica (AE), S. Sheffey (HO), F. Yager (AE) | | Attorney-Client Privilege, Work Product |
| APRIV 000043 | 3/22/2005 | Spreadsheet analyzing plaintiffs' position and Allstate's position for purposes of settlement negotiations | D. Lamb (AE) | | | | Work Product |
| APRIV 000044 | 3/16/2005 | Draft outline for rebuttal to plaintiff's expert's model prepared for use in pending litigation | D. Lamb (AE) | | | | Work Product |
| APRIV 000045 | 3/8/2005 | Draft outline for rebuttal to plaintiff's expert's model prepared for use in pending litigation | D. Lamb (AE) | | | | Work Product |

HO = Home Office Attorney    AE = Allstate Employee
OC = Outside Counsel

** Please see cover letter dated July 31, 2008 for comments regarding this log.

| Privileged Document Number | Date | Document | Author(s) | Recipient(s) | CCs | BCCs | Basis for Withholding |
|---|---|---|---|---|---|---|---|
| APRIV 000046 | 1/10/2005 | Spreadsheet of IFS analysis prepared at the request of attorneys W. Boodro and A. Shimkus for purposes of analyzing and defending pending FCRA litigation | D. Lamb (AE) | W. Boodro (HO), A. Shimkus (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000047 | 12/3/2003 | Work prepared at the request of the Law Department for purposes of analyzing and defending pending FCRA litigation. | D. Lamb (AE) | S. Falknor (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000048 | 8/31/2004 | Memo summarizing the data used in the Collins litigation, prepared at the request of the Law Department for purposes of analyzing and defending pending litigation. | D. Lamb (AE) | K. Moskowitz (OC) | W. Boodroo (HO), X. Ji (AE), A. Lau (AE) | | Attorney-Client Privilege, Work Product |
| APRIV 000049 | 2/11/2004 | Data on standard and non-standard policies, prepared at the request of the Law Department for purposes of analyzing and defending pending credit related litigation. | X. Ji (AE) | D. Lamb (AE) | | | Attorney-Cleint Privilege, Work Product |
| APRIV 000050 | 2/11/2004 | Data on homeowner policies, prepared at the request of the Law Department for purposes of analyzing and defending pending credit related litigation. | X. Ji (AE) | D. Lamb (AE) | | | Attorney-Cleint Privilege, Work Product |
| APRIV 000051 | 2/11/2004 | Data on standard and non-standard policies, prepared at the request of the Law Department for purposes of analyzing and defending pending credit related litigation. | X. Ji (AE) | D. Lamb (AE) | | | Attorney-Client Privilege, Work Product |

HO = Home Office Attorney     AE = Allstate Employee
OC = Outside Counsel

\*\* Please see cover letter dated July 31, 2008 for comments regarding this log.

| Privileged Document Number | Date | Document | Author(s) | Recipient(s) | CCs | BCCs | Basis for Withholding |
|---|---|---|---|---|---|---|---|
| APRIV 000052 | 2/11/2004 | Data on homeowner policies, prepared at the request of the Law Department for purposes of analyzing and defending pending credit related litigation. | X. Ji (AE) | D. Lamb (AE) | | | Attorney-Client Privilege, Work Product |
| APRIV 000053 | 4/13/2004 | Draft memorandum re: exposure analysis for Collins litigation, prepared at the request of the Law Department for purposes of analyzing and defending pending FCRA litigation. | D. Lamb (AE) | W. Boodro (HO) | J. Lennard (OC), K. Moskowitz (OC), A. Shimkus (HO) | | Attorney-Client Privilege, Work Product |
| APRIV 000054 | 6/16/2004 | Spreadsheets of various credit data prepared at the request of the Law Department for purposes of analyzing and defending pending credit related litigation. | D. Lamb (AE) | D. Lamb (AE) | | | Attorney-Client Privilege, Work Product |
| APRIV 000055 | 4/1/2004 | Draft memorandum re: exposure analysis for Collins litigation, prepared at the request of the Law Department for purposes of analyzing and defending pending FCRA litigation. | D. Lamb (AE) | W. Boodro (HO) | J. Lennard (OC), K. Moskowitz (OC), A. Shimkus (HO) | | Attorney-Client Privilege, Work Product |
| APRIV 000056 | 6/16/2004 | Spreadsheet of data on policy numbers, prepared at the request of the Law Department for purposes of analyzing and defending pending credit related litigation | D. Lamb (AE) | D. Lamb (AE) | | | Attorney-Client Privilege, Work Product |

HO = Home Office Attorney    AE = Allstate Employee
OC = Outside Counsel

\*\* Please see cover letter dated July 31, 2008 for comments regarding this log.

| Privileged Document Number | Date | Document | Author(s) | Recipient(s) | CCs | BCCs | Basis for Withholding |
|---|---|---|---|---|---|---|---|
| APRIV 000057 | 1/12/2004 | Spreadsheets of various credit data prepared at the request of the Law Department for purposes of analyzing and defending pending credit related litigation. | D. Lamb (AE) | D. Lamb (AE) | | | Attorney-Client Privilege, Work Product |
| APRIV 000058 | 5/5/2004 | Spreadsheet of various credit data prepared at the request of the Law Department for purposes of analyzing and defending pending credit related litigation. | D. Lamb (AE) | D. Lamb (AE) | | | Attorney-Client Privilege, Work Product |
| APRIV 000059 | 3/27/2003 | Spreadsheets of various credit data prepared at the request of the Law Department for purposes of analyzing and defending pending FCRA litigation. | cwilt (AE) | D. Lamb (AE), S. Falknor (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000060 | 3/15/2005 | Highly restricted settlement information that compares Allstate's model to that of plaintiffs in different spreadsheets. | rchen (AE) | D. Lamb (AE) | | | Attorney-Client Privilege, Work Product |
| APRIV 000061 | 11/26/2007 | DRAFT answers and responses to questions from U.S. House of Reps. Committee on Financial services. | N. Shapo (OC) | D. Lamb (AE) | | | Attorney-Client Privilege |
| APRIV 000062 | 5/29/2008 | Spreadsheet of scoring data prepared at the request of the Law Department for purposes of analyzing and defending pending FCRA litigation. | | D. Lamb (AE), W. Boodro (HO) | | | Attorney-Client Privilege, Work Product |
| APRIV 000063 | 11/3/2006 | Summary of NY Regulation 182 Requirements. | jfowk | D. Lamb (AE) | | | Attorney-Client Privilege |

HO = Home Office Attorney   AE = Allstate Employee
OC = Outside Counsel

** Please see cover letter dated July 31, 2008 for comments regarding this log.

| Privileged Document Number | Date | Document | Author(s) | Recipient(s) | CCs | BCCs | Basis for Withholding |
|---|---|---|---|---|---|---|---|
| APRIV 000064 | 8/23/2006 | E-mail from in-house Allstate counsel cc: two in-house Allstate counsel re: credit algorithm compliance in NY. | B. Wittman (HO) | D. Lamb (AE); J. Jabben (AE); K. Krostal (AE) | E. Aherna (HO); B. Pozzi (HO) | | Attorney-Client Privilege |
| APRIV 000065 | 10/30/2006 | E-mail chain including most recent e-mail re: credit model compliance with the NY Insurance Department; 10/27/2006 e-mail from J. Jabben (AE) to B. Whitman (HO) re: same; 10/27/2006 e-mail from B. Whitman (HO) to J. Jabben (AE) re: same; 10/27/2006 e-mail from J. Jabben (AE) to B. Whitman (HO) re: same; 10/27/2006 e-mail from B. Whitman (HO) to J. Jabben (AE) re: same [last three e-mails in chain will be produced in redacted form]. | B. Wittman (HO) | J. Jabben (AE) | | | Attorney-Client Privilege |
| APRIV 000066 | 4/27/2004 | E-mail from in-house Allstate counsel to in-house Allstate counsel and cc: in-house Allstate counsel attaching results of Alaska Market Conduct Exam and noting compliance process. | S. Burbick (HO) | E. Moceri (HO); J. Brady (AE); W. Simonaitis (HO); S. Sheffey (HO); K. Ray AE); R. Ishikawa (AE); B. Born (AE); P. Zigterman (HO); K. Morris (HO) | J. Rippin (HO); K. DiGirolamo (AE); F. Mantilla (HO); D. Limperes (AE); F. Perellis (HO); W. Vainisi (HO); S. Ihm (HO); G. Rohlfing (HO); E. Collins (HO); D. Lamb (AE); L. Young (AE) | | Attorney-Client Privilege |

HO = Home Office Attorney   AE = Allstate Employee
OC = Outside Counsel

\*\* Please see cover letter dated July 31, 2008 for comments regarding this log.

| Privileged Document Number | Date | Document | Author(s) | Recipient(s) | CCs | BCCs | Basis for Withholding |
|---|---|---|---|---|---|---|---|
| APRIV 000067 | 4/26/2004 | Summary (by counsel) of Alaska Market Conduct Exam Findings. | S. Burbick (HO) | E. Moceri (HO); J. Brady (AE); W. Simonaitis (HO); S. Sheffey (HO); K. Ray AE); R. Ishikawa (AE); B. Born (AE); P. Zigterman (HO); K. Morris (HO) | J. Rippin (HO); K. DiGirolamo (AE); F. Mantilla (HO); D. Limperes (AE); F. Perellis (HO); W. Vainisi (HO); S. Ihm (HO); G. Rohlfing (HO); E. Collins (HO); D. Lamb (AE); L. Young (AE) | | Attorney-Client Privilege |
| APRIV 000068 | 9/14/2001 | Email chain including most recent e-mail re: research of IFS variables and what can legally be considered; 9/14/2001 e-mail from S. Sheffey (HO) to D. Lamb (AE), T. Price (AE), and D. McHale, (AE) and cc: J. Deigl (AE), D. Limperes (AE) and S. Sheffey (HO) re: same; and 9/14/2001 e-mail from D. Lamb (AE) to S. Sheffey (HO), T. Price (AE), and D. McHale (AE) and cc: J. Deigl (AE) re: same. | T. Price (AE) | S. Sheffey (HO); D. Lamb (AE); D. McHale (AE) | J. Deigl (AE); D. Limperes (AE) | | Attorney-Client Privilege |

HO = Home Office Attorney    AE = Allstate Employee
OC = Outside Counsel