IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT L. JOHNSON, SR., ANTHONY L. RICHARDSON, SHEILA M. SYDNOR, and DEBORAH A. SPARKS, individually, and on behalf of all others similarly situated, <br><br>     Plaintiffs, <br><br>  vs. <br><br> ALLSTATE INSURANCE COMPANY, <br><br>     Defendant. | Case No.: **3:07-cv-00781-MJR-PMF** |

### ORDER

**FRAZIER, Magistrate Judge:**

Before the Court is Defendant's Motion for Reconsideration (Doc. 178) of the Court's February 5, 2010 Order (Doc. 177) GRANTING Plaintiffs' Motion to Compel (Doc. 146).

Although the Court was under the impression that its February 5, 2010 Order was clear about what documents the Plaintiffs are entitled to, I will restate the prior Order in such a manner that there should be no question about what documents are covered.

Allstate is hereby ORDERED to produce all documents listed on its privilege log that it has withheld on the basis of the *attorney-client privilege*. The Court does not limit these documents to those related to customer complaints. Further, Allstate need not turn over any documents covered by the work-product privilege, because this privilege was neither addressed by the parties in their briefs nor the discovery hearings. Further, if any documents are covered by both the attorney-client and work-product privileges, these documents need not be turned over.

**SO ORDERED.**

**DATED: March 9, 2010.**

*s/ Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**