IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT JOHNSON, et al., individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)    Cause No:  3:07-cv-00781-MJR-PMF<br>)<br>)<br>)    CLASS ACTION<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR CLASS CERTIFICATION

COME NOW Plaintiffs, individually, and on behalf of all others similarly situated, by and through their undersigned counsel, and for their Motion for Class Certification state as follows:

1. Plaintiffs have brought this action on behalf of themselves and all those similarly situated asserting claims under Illinois law. Pursuant to Rules 23(a) and 23(b)(1), (2), and (3) of the Federal Rules of Civil Procedure, Plaintiffs move to certify the following class:

> All United States residents (1) who are shown as a named insured on the declarations page of a private passenger automobile, homeowners', motorcycle, and/or renters' insurance' policy, (2) that was issued or renewed by Allstate Insurance Co., Allstate Fire & Casualty Insurance Co., Allstate Indemnity Insurance Co., Allstate Floridian Indemnity Co., Allstate Insurance Co., Allstate New Jersey Insurance Co., Allstate New Jersey Property & Casualty Insurance Co., and Allstate Property & Casualty Insurance Co. from August 1, 1999 through September 15, 2007, (3) for which the premium was calculated based in part on an insurance scoring algorithm, (4) who, as a result of the use of such algorithm, was at any time assigned a credit tier rating other than the most favorable credit tier and (5) whose premium calculated under such algorithm was higher than if the insured's premium was calculated under another algorithm also in effect in the same state, company and line.
>
> Specifically excluded from the class are: individuals whose residence at the time

the declaration page was issued was in Texas; any Judge conducting proceedings in this action and their parents, spouses and children as well as any other member of their family residing in the judge's household; counsel of record in this action; and the legal representatives, heirs, successors and assigns of any excluded person.

2.      Alternatively, in the event that the Court concludes that Illinois law does not apply to the acts or practices complained of in this action, or that variations in state law require sub classes, Plaintiffs move to certify the following four sub-classes:

**Private Right of Action Class:**

All United States residents (1) who are shown as a named insured on the declarations page of a private passenger automobile, homeowners', motorcycle, and/or renters' insurance' policy, (2) that was issued or renewed by Allstate Insurance Co., Allstate Fire & Casualty Insurance Co., Allstate Indemnity Insurance Co., Allstate Floridian Indemnity Co., Allstate Insurance Co., Allstate New Jersey Insurance Co., Allstate New Jersey Property & Casualty Insurance Co., and Allstate Property & Casualty Insurance Co. from August 1, 1999 through September 15, 2007, (3) for which the premium was calculated based in part on an insurance scoring algorithm, (4) who, as a result of the use of such algorithm, was at any time assigned a credit tier rating other than the most favorable credit tier, (5) whose premium calculated under such algorithm was higher than if the insured's premium was calculated under another algorithm also in effect in the same state, company and line and (6) whose residence at the time the declaration page was issued was in Arizona (the ""Class" or "Class Members").

**Little FTC State Sub-Class:**

All United States residents (1) who are shown as a named insured on the declarations page of a private passenger automobile, homeowners', motorcycle, and/or renters' insurance' policy, (2) that was issued or renewed by Allstate Insurance Co., Allstate Fire & Casualty Insurance Co., Allstate Indemnity Insurance Co., Allstate Floridian Indemnity Co., Allstate Insurance Co., Allstate New Jersey Insurance Co., Allstate New Jersey Property & Casualty Insurance Co., and Allstate Property & Casualty Insurance Co. from August 1, 1999 through September 15, 2007, (3) for which the premium was calculated based in part on an insurance scoring algorithm, (4) who, as a result of the use of such algorithm, was at any time assigned a credit tier rating other than the most favorable credit tier, (5) whose premium calculated under such algorithm was higher than if the insured's premium was calculated under another algorithm also in effect in the same state, company and line and (6) and whose residence at the time the declaration page was issued was in Illinois, Connecticut, North Carolina,

Tennessee, South Carolina, or Washington.

**New York Sub-Class:**

All United States residents (1) who are shown as a named insured on the declarations page of a private passenger automobile, homeowners', motorcycle, and/or renters' insurance' policy, (2) that was issued or renewed by Allstate Insurance Co., Allstate Fire & Casualty Insurance Co., Allstate Indemnity Insurance Co., Allstate Floridian Indemnity Co., Allstate Insurance Co., Allstate New Jersey Insurance Co., Allstate New Jersey Property & Casualty Insurance Co., and Allstate Property & Casualty Insurance Co. from August 1, 1999 through September 15, 2007, (3) for which the premium was calculated based in part on an insurance scoring algorithm, (4) who, as a result of the use of such algorithm, was at any time assigned a credit tier rating other than the most favorable credit tier, (5) whose premium calculated under such algorithm was higher than if the insured's premium was calculated under another algorithm also in effect in the same state, company and line and (6) and whose residence at the time the declaration page was issued was New York.

**New Jersey Sub-Class:**

All United States residents (1) who are shown as a named insured on the declarations page of a private passenger automobile, homeowners', motorcycle, and/or renters' insurance' policy, (2) that was issued or renewed by Allstate Insurance Co., Allstate Fire & Casualty Insurance Co., Allstate Indemnity Insurance Co., Allstate Floridian Indemnity Co., Allstate Insurance Co., Allstate New Jersey Insurance Co., Allstate New Jersey Property & Casualty Insurance Co., and Allstate Property & Casualty Insurance Co. from August 1, 1999 through September 15, 2007, (3) for which the premium was calculated based in part on an insurance scoring algorithm, (4) who, as a result of the use of such algorithm, was at any time assigned a credit tier rating other than the most favorable credit tier, (5) whose premium calculated under such algorithm was higher than if the insured's premium was calculated under another algorithm also in effect in the same state, company and line and (6) and whose residence at the time the declaration page was issued was New Jersey.

3.   Specifically excluded from each of the proposed sub-classes are: individuals whose residence at the time the declaration page was issued was in Texas; any Judge conducting proceedings in this action and their parents, spouses and children as well as any other member of their family residing in the judge's household; counsel of record in this action; the legal representatives, heirs, successors and assigns of any excluded person.

4.      In the alternative, the Court should certify an issue class under Rule 23(b)(2) or 23(b)(1)(B) as this matter challenges a uniform practice and the prosecution of separate actions by individual class members would create a risk of inconsistent or varying adjudications, as well as a risk that individual adjudications would, as a practical matter, be dispositive of the interests of the other members not parties to that adjudication.

5.      In support of this motion, Plaintiffs submit herewith a memorandum of law, which is fully incorporated herein by reference.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and certify this case as nationwide class action as stated above. In the alternative, Plaintiffs request that the Court certify the sub-classes as stated above. Plaintiffs also request all other relief to which they are entitled.

        **KOREIN TILLERY**

        /s Aaron M. Zigler
        Stephen M. Tillery
        Aaron M. Zigler
        One U.S. Bank Plaza
        505 N. 7th Street, Suite 3600
        Saint Louis, Missouri  63101-1625
        Telephone:    (314) 241-4844
        Facsimile:    (314) 450-4138
        stillery@koreintillery.com
        azigler@koreintillery.com
        ***Attorneys for Plaintiffs***

Of counsel:

**LAW OFFICES OF WALT D. ROPER, P.C.**
Walt D. Roper
3100 Monticello Avenue, Suite 500
Dallas, Texas 75205
Telephone:     (972) 755-2525
Facsimile:             (214) 378-6670

**BECK, REDDEN, & SECREST, L.L.P.**
A Registered Limited Liability Partnership
W. Curt Webb
David W. Jones
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
Telephone:     (713) 951-3700
Facsimile:             (713) 951-3720

**CROWLEY NORMAN, L.L.P.**
R. Martin Weber, Jr.
1301 McKinney, Suite 3500
Houston, Texas 77010-3092
Telephone:     (713) 651-1771
Facsimile:             (713) 651-1775

**PAYNE MITCHELL LAW GROUP**
James L. Mitchell
2626 Cole, Suite 850
Dallas, Texas 75204
Telephone:     (214) 468-8844
Facsimile:             (214) 468-8845

**MITHOFF LAW FIRM**
David H. Burrow
One Allen Center
500 Dallas St., Ste. 3450
Houston, Texas 77002
Telephone:     (713) 222-6333
Facsimile:             (713) 650-6333

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ROBERT JOHNSON, et al., individually, and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Cause No: 3:07-cv-00781-MJR-PMF |
| vs. | ) ) ) | CLASS ACTION |
| ALLSTATE INSURANCE COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

- Troy A. Bozarth
- John I. Grossbart
- Jeffrey Lennard
- Anne W. Mitchell
- M. Keith Moskowitz
- Walt D. Roper
- Jill R. Sundberg
- Stephen M. Tillery
- R. Martin Weber, Jr.
- Anders C. Wick

    /s Aaron M. Zigler
Aaron M. Zigler
KOREIN TILLERY
One U.S. Bank Plaza
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
Tel: (314) 241-4844
Fax: (314) 450-4138
azigler@koreintillery.com
Attorney for Plaintiffs

6