IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT L. JOHNSON, SR., and LONZIE AUTRY, JR., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | Case No. 07–0781–SCW ) ) |
| ALLSTATE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

# AMENDED FINAL JUDGMENT IN A CIVIL CASE

This action came before the Court, Magistrate Judge Stephen C. Williams presiding, and the following decision was reached:

By Order of District Judge Michael J. Reagan on September 17, 2010, an earlier dismissal with prejudice (Doc. 124) was modified *sua sponte*, and **Plaintiffs SHEILA M. SYDNOR and DEBORAH SPARKS** were DISMISSED *without* prejudice for lack of subject-matter jurisdiction (Doc. 235).

By Order of District Judge Michael J. Reagan on September 29, 2010, Allstate's Motion to Dismiss for Improper Venue was granted and the non-Illinois **Plaintiffs ANNA ANDERSON, BHAGAVAN BALAJI, JAMES B. BOLEN, ISHMAEL BROWN, SR., MARILYN BUTLER, ALLISON CONRADS, WILLIE HOLMAN, MICHAEL J. KOZICKI, GLORIA SMITH, LARRY STEIER and THEODORE WOLLEYDT** all were DISMISSED *without* prejudice (Doc. 237). Further, Allstate's Motion to Dismiss for Lack of Subject-Matter Jurisdiction was granted in part and **Plaintiff LARSINE ADAMS** was dismissed from this action *without* prejudice (*Id.*).

Pursuant to Stipulations of Dismissal of Certain Plaintiffs With Prejudice filed on April 15, 2011 (Doc. 281) and April 21, 2011 (Doc. 282), as acknowledged by Order of Magistrate Judge Stephen C. Williams on April 22, 2011, **Plaintiffs LONNIE GRIFFIN, ROY HYMAN, WILBON**

**JOHNSON, LEWIS LANGSTON, JERRY L. NELSON, TRINA PERKINS, ANTHONY L. RICHARDSON, JACK CALDERONE AND DONITA DALE** all were voluntarily DISMISSED from this action *with* prejudice, and with parties bearing their own costs (Doc. 284).

By Order of Magistrate Judge Stephen C. Williams on October 14, 2011, the Motion for Voluntary Dismissal (Doc. 306) filed by the only two remaining **Plaintiffs ROBERT L. JOHNSON, SR. and LONZIE AUTRY, JR.**, was granted in part and these Plaintiffs, and this entire action, was DISMISSED *with* prejudice pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2).

Accordingly, **IT IS ORDERED** that Plaintiffs Robert L. Johnson, Sr., Anthony L. Richardson, Sheila M. Sydnor, Deborah A. Sparks, and Intervenor Plaintiffs Michael J. Kozicki, Larsine Adams, Lonzie Autry, Jr., Donita Dale, Lonnie Griffin, Wilbon Johnson, Trina Perkins, Lewis Langston, Jerry L. Nelson, Roy Hyman, Jack Calderone, James B. Bolen, Willie Holman, Gloria Smith, Ishmael Brown, Sr., Anna Anderson, Marilyn Butler, Larry Steier, Bhagavan Balaji, Allison Conrads and Theodore Wolleydt shall recover nothing, and Defendant Allstate Insurance Company may recover costs from Plaintiffs Robert L. Johnson, Sr., and Lonzie Autry, Jr.

**JUDGMENT IS HEREBY ENTERED IN FAVOR of Defendant Allstate Insurance Company** and **AGAINST ALL of the above-named Plaintiffs**.

**DATED**: December 9, 2011.

NANCY J. ROSENSTENGEL, CLERK

By: s/ Angie M. Vehleweld
Deputy Clerk

APPROVED: */s/ Stephen C. Williams*
STEPHEN C. WILLIAMS
United States Magistrate Judge